IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **WAL-MART STORES EAST, LP and** | : | |
| **SEDGWICK CLAIMS MANAGEMENT** | : | |
| **SERVICES, INC.,** | : | |
| *Defendants*. | : | NO. 25-cv-1723 |

**ORDER**

**AND NOW**, this 4th day of April 2025, it is hereby **ORDERED** as follows:

1. Counsel contemplating filing a motion under Fed. R. Civ. P. 12(b)(1), (b)(2), (b)(3), (b)(6), (e), or (f), shall first contact opposing counsel to discuss the substance of the contemplated motion and to provide an opportunity to cure any alleged pleading deficiencies or strike certain matters. This conference shall take place at least **seven (7)** days before the filing of the motion.

2. The conference shall include <u>substantive verbal communications</u>. Exchanges of letters or e-mails, a report that opposing counsel was not available, or a report that the parties made reasonable efforts are insufficient. If the parties cannot reach a resolution that eliminates the need for any of the above-mentioned motions, counsel for the moving party shall include, along with the motion, a certification that the parties met and conferred regarding the alleged pleading deficiencies or matter sought to be stricken.

3. All Counsel must print and review Judge Kenney's most recent Practices and Procedures for Counsel which are published on the District Court's website.[1]

---

[1] Counsel are instructed to refer to Judge Kenney's Practices and Procedures for Counsel which

The Court will exercise its discretion on whether to deny any 12(b)(6), (e) or (f) motion that fails to conform with the requirements of this order.

The Court further notes that the Clerk of Court may automatically file a notice on the docket that provides the "Consent and Reference of a Civil Action to a Randomly Assigned Magistrate Judge" form as well as information regarding the procedure to consent to the jurisdiction of a magistrate judge. No action is needed if any party wishes to withhold consent. The Court takes no position on the Parties providing or withholding consent to the referral of this case to a magistrate judge.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

are found at: https://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney.