IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES EAST, LP, et al., | : | |
| *Defendants*. | : | NO.  25-cv-1723 |

## ORDER

    **AND NOW**, this 18th day of June 2025, it appearing to the court that Defendant Wal-Mart Stores East, LP has not filed the disclosure statement required by Federal Rule of Civil Procedure 7.1 at the time of filing its first appearance,[1] Defendant Wal-Mart Stores East, LP is hereby **ORDERED** to file its disclosure statement[2] **by 12:00 p.m. on or before June 25, 2025**.

    This Order also serves as a reminder to Defendant Wal-Mart Stores East, LP of their continuing obligation pursuant to Federal Rule of Civil Procedure 7.1(b)(2) to "promptly file a supplemental statement" of any changes to the information required by Federal Rule of Civil Procedure 7.1(a).

                          BY THE COURT:

                          /s/ Chad F. Kenney

                          _____
                          **CHAD F. KENNEY, JUDGE**

---

[1] Federal Rule of Civil Procedure 7.1(b)(1) requires the disclosure statement to be filed with the party's first appearance, pleading, petition, motion, response, or other request addressed to the court.

[2] A Disclosure Statement Form is available on the Court website and should be filed electronically using the Other Filings/Discovery Documents category.