IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES EAST, LP, | : | |
| *Defendant.* | : | No. 25-cv-1723 |

## ORDER

**AND NOW**, this **3rd** day of **July 2025**, upon consideration of Defendant's Partial Motion to Dismiss (ECF No. 10) and Plaintiff's First Amended Complaint (ECF No. 14), it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 10) is **DENIED AS MOOT**.[1]

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] When a plaintiff files an amended complaint, the district court has discretion to either deny a pending motion to dismiss as moot or "evaluat[e] the motion in light of the facts alleged in the complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 304 (2d Cir. 2020) (per curiam); *see also Gov't Emps. Ins. Co. v. Mount Prospect Chiropractic Ctr., P.A.*, 101 F.4th 272, 282 (3d Cir. 2024). Defendant may move to dismiss the amended complaint in the manner and timeframe set forth by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(a)(3).