IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **WAL-MART STORES EAST, LP** | : | |
| *Defendant.* | : | **NO. 25-cv-1723** |

# ORDER

**AND NOW**, this **1st** day of **October 2025**, upon consideration of Defendant's Motion to Dismiss (ECF No. 18), Plaintiff's opposition (ECF No. 19), Defendant's reply (ECF No. 20), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 18) is **GRANTED IN PART** and **DENIED IN PART** for the reasons set forth in the accompanying memorandum.

2. Count I and Count III insofar as it states a sex discrimination claim will be **DISMISSED** without prejudice.

3. Count IV remains.

4. Defendant is ordered to file an answer to the remaining claims in the Amended Complaint on or before **October 15, 2025**.

                                                                **BY THE COURT:**

                                                                **/s/ Chad F. Kenney**
                                                                **_____**
                                                                **CHAD F. KENNEY, JUDGE**