# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **No.: 25-cv-1723** |
| | : | |
| **WAL-MART STORES EAST, L.P., et al.,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this ___20TH___ day of January 2026, the parties having notified the Court that the case has been resolved, IT IS HEREBY ORDERED that the VIDEO SETTLEMENT CONFERENCE in the above-captioned case scheduled for **Thursday, February 12, 2026, at 10:00 A.M.**, before the Honorable Lynne A. Sitarski, United States Magistrate Judge, is **CANCELLED.**

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

COPIES BY ECF:

Graham F. Baird, Esquire
Jeffrey M. Stacko, Esquire